**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
MARK DISCRISTO, individually and on
behalf of all others similarly,

            Plaintiff,

    - against -

NATIONAL RECOVERY SOLUTIONS,
LLC,
            Defendant.
----------------------------------------------------------X

**JUDGMENT**
CV 19-2470 (JS) (AYS)

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on May 4, 2020, granting Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Amended Complaint with prejudice, and directing the Clerk of the Court to enter judgment accordingly and mark this case closed, it is

      **ORDERED AND ADJUDGED** that Plaintiff Mark Dicristo take nothing of Defendant National Recovery Solutions, LLC; that Defendant's motion to dismiss is granted; that the Amended Complaint is dismissed with prejudice; and that this case is closed.

Dated: May 4, 2020
       Central Islip, New York

                                                           DOUGLAS C. PALMER
                                                           CLERK OF THE COURT
                                                  By:   /s/ James J. Toritto
                                                            Deputy Clerk